938

■ In the Matter of ROBERT T. CARUSO, Respondent, v VIRGINIA F. CARUSO, Appellant.—

Present—Dillon, P. J., Denman, Green, Lawton and Davis, JJ.

■ AUBURN STEEL COMPANY, INC., Appellant-Respondent, v WESTINGHOUSE ELECTRIC CORPORATION, Respondent-Appellant, et al., Defendant.—

We find that the remaining contentions on appeal and cross appeal are without merit. (Appeal from judgment of Supreme Court, Cayuga County, Contiguglia, J.—summary judgment.) Present—Dillon, P. J., Denman, Green, Lawton and Davis, JJ.